**The Medical Protective Company, appellee, v. McCabe and Sons Real Estate Improvement Corporation et al., defendants, on appeal of McCabe and Sons Real Estate Improvement Corporation, appellant. Gen. No. 37,015.**

Opinion filed October 13, 1933.
A. W. Martin and Edward H. S. Martin, for appellant. Ashcraft & Ashcraft, for appellee; Norman L. Olson, of counsel.
Mr. Justice McSurely delivered the opinion of the court.

**In re Estate of Mike Jandrich, also known as Mike Janolic, also known as Mike Janlic, deceased, on appeal of The Catholic Bishop of Chicago, appellant, v. The South Chicago Savings Bank et al., appellees. Gen. No. 36,223.**

Opinion filed October 25, 1933.
Charles B. Collins, for appellant; Edmond L. Mulcahy, of counsel. George A. Rooney, for appellees.
Mr. Presiding Justice Hall delivered the opinion of the court.

**Lexington-Chicago Building Corporation, appellant, v. Hudson Motor Company of Illinois, appellee. Gen. No. 36,233.**

Opinion filed October 25, 1933.
William M. Tannenbaum and Jacob Zalkind, for appellant. Walter Cowburn, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.

**Guy Howe, appellee, v. Konstanty Kowalski, appellant. Gen. No. 36,242.**

Opinion filed October 25, 1933.
Z. H. Kadow and Harry M. Biedka, for appellant; Fred W. Story, of counsel. O'Brien & Hanrahan, for appellee.
Mr. Presiding Justice Hall delivered the opinion of the court.